AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, et al

Plaintiffs,

V.

American Chinese Trade Promotion Association Corp.,

Defendant.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-02025-RFB-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the Plaintiffs and against the Defendant American Chinese Trade Promotion Association Corp. for the relief requested in Plaintiffs' Complaint.

September 30, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk